Colleen T. Flaherty, State Bar No. 327563
**McDOWELL HETHERINGTON LLP**
1055 E. Colorado Blvd., Suite 500
Pasadena, California 91106
Telephone:  213.631.4059
Facsimile    510.628.2146
Email:       colleen.flaherty@mhllp.com

Andrew R. Kasner, TX State Bar No. 24078770*
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston,  Texas 77002
Telephone:  713.337.8868
Facsimile:   713.337.8850
Email:       andrew.kasner@mhllp.com
* *Pro Hac Vice application forthcoming*

Attorneys for Defendant
NASSAU LIFE AND ANNUITY CO.

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JULIO PALACIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>NASSAU LIFE AND ANNUITY COMPANY, a Connecticut Corporation d/b/a NASSAU LIFE AND ANNUITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-03859-MRW<br><br>**[~~PROPOSED~~] ORDER RE STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  The above-captioned matter, and all claims for relief therein, is dismissed with
2  prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the
3  disputed claims. All parties to bear their own fees and costs.

4

5  IT IS SO ORDERED.

6

7  Dated: August 5, 2022                    _____/ s / Wilner_____
8                                            Honorable Michael R. Wilner
                                             United States Magistrate Judge
9                                            .